UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVSION

UNITED STATES OF AMERICA

v.                                                            CASE NO. 2:25-cr-240-KCD-NPM

BRENT ADAM SEAMAN
       DEFENDANT.
_____/

## NOTICE OF APPEARANCE

The undersigned attorney has been retained to represent the Defendant in the above-referenced case.

The clerk is requested to enter the appearance of Douglas Molloy, as counsel of record for the Defendant in this matter.

The defense respectfully requests all discovery in this case and documents relating to this case to be provided to undersigned counsel.

/s/ Douglas Molloy
DOUGLAS MOLLOY, ESQUIRE
MOLLOY LAW
1411 Bayview Court
Fort Myers, FL  33901
T: (239) 362-3194
Email: douglasmolloy@molloylaw.net
Fla. Bar No. 0316717

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice electronic filing to the Office of the United States Attorney, Middle District of Florida.

        _____/s/ Douglas Molloy_____